**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| MARCIAL A. OCHOA, | ) | No. CV 14-340-R(CW) |
| | ) | |
| Petitioner, | ) | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | ) | |
| E. VALENZUELA, | ) | |
| Respondent. | ) | |

   Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Report and Recommendation of the United States Magistrate Judge.  No written Objections to the Report have been filed.  The Court accepts the findings and recommendation of the Magistrate Judge.  **IT IS THEREFORE ORDERED** that judgment be entered denying the Petition and dismissing this action with prejudice.

DATED:   November 20, 2014

                                    _____
                                          MANUEL L. REAL
                                    United States District Judge