**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCIAL A. OCHOA, | No. ED CV 14-340-R(CW) |
| Petitioner, | JUDGMENT |
| v. | |
| E. VALENZUELA, | |
| Respondent. | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed, with prejudice, as untimely.

DATED: November 20, 2014

_____
MANUEL L. REAL
United States District Judge